FILED
CHARLOTTE, NC

SEP 24 2019

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH DISCORD ACCOUNTS:<br>User ID: 269803120656252929<br>located on the servers at Discord Inc.,<br>401 California Dr<br>Burlingame, CA 94010 | Case No. 3:19mj336-2<br><br>**Filed Under Seal** |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Discord Inc., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the attached Search Warrant) of the existence of the attached Search Warrant until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached Search Warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Discord Inc. shall not disclose the existence of the attached Search Warrant, or this Order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that Discord Inc. may disclose the attached Search Warrant to an attorney for Discord Inc. for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

9/24/19
Date

*David C. Keesler* (signature)
Honorable David C. Keesler
United States Magistrate Judge